IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 08-323-01 |
| GERALD TARBORO | | |

**ORDER**

**AND NOW**, this day of   5th    June, 2023, upon consideration of Defendant's Motion for Early Termination of Supervised Release pursuant to 18 U.S.C. § 3583(e)(1), it is hereby **ORDERED** that said Motion [Doc. 103] is **GRANTED**. The defendant's term of supervised release is hereby **TERMINATED**, effective immediately.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**

1